UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 17 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Anthony Ray Jenkins,                     )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )      Civil Action No.  17-2375 (UNA)
                                         )
Judge Tom Smith,                         )
                                         )
            Defendant.                   )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The Court will grant the application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2), which requires dismissal of a case "at any time" the court determines that the complaint seeks monetary relief against an immune defendant. Plaintiff sues a judge in Liberal, Kansas, for an alleged "final decision" he rendered in a case in Kansas. Compl. at 1. Plaintiff seeks "$1200,000,000.00" in damages. *Id*.

"Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in [their] judicial capacity, unless [the] actions are taken in the complete absence of all jurisdiction." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam) (citation omitted). Such "immunity is an immunity from suit, not just from ultimate assessment of damages." *Mireles v. Waco*, 502 U.S. 9, 11 (1991). As best that can be gleaned from the cryptically worded complaint, plaintiff is challenging defendant's decision rendered during or after a trial. As a result, defendant is entitled to absolute immunity. A separate order of dismissal accompanies this Memorandum Opinion.

Date:   January **17**, 2018                    United States District Judge